IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TURNER MACHINE CO., INC.        )
                                                 )
v.                                           )        No. 3-14-1301
                                                 )
VALEO LIGHTING SYSTEMS       )
NORTH AMERICA, LLC            )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' agreed case management order, with modifications addressed at the initial case management conference held on July 28, 2014. Those modifications and other matters addressed on July 28. 2014, are as follows:

1.       All written discovery shall be propounded no later than November 17, 2014.

2.       Any discovery motion shall be filed by January 7, 2015.

3.       By February 23, 2015, the parties shall file a joint mediation report, indicating whether they believe that there is potential for settlement and, if so, whether they believe that they will be able to resolve the case themselves and, if not, whether they are interested in participating in ADR, and, if so, in what format (private mediation or a settlement conference) and when.

4.       If, after receipt of any expert disclosures from the defendant and sufficiently in advance of the March 2, 2015, deadline for completion of expert discovery, the plaintiff determines that it will need to make rebuttal expert disclosures, counsel shall schedule a telephone conference call with the Court to address a deadline for making such disclosures.

5.       If the parties are not able to reach an alternative agreement, the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007, shall apply.

6.       A subsequent case management conference will not be scheduled at this time. However, the parties may schedule a telephone conference call with the Court or an in-court proceeding at any time to address any appropriate matters.

7. As provided in the contemporaneously entered order, any dispositive motion shall be filed by April 1, 2015. Any response shall be filed within 21 days of the filing of the motion or by April 22, 2015, if the motion is filed on April 1, 2015. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 6, 2015, if the response is filed on April 22, 2015.

No other filings in support of or in opposition to any dispositive motion shall be made after May 6, 2015, except with the express permission of the Honorable Kevin H. Sharp.

There shall be no stay of discovery before the January 7, 2015, deadline for completion of fact discovery or the March 2, 2015, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

8. The Magistrate Judge cannot excuse local counsel for the defendant from Local Rule 83.01(h)(3), but the defendant has leave to file such a motion for Judge Sharp's consideration.

In consultation with Judge Sharp's office, a bench trial[1] is scheduled on **Tuesday, August 11, 2015,** in Courtroom A-826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties anticipate that the trial will last two (2) days.

The pretrial conference is scheduled on **Monday, July 27, 2015, at 1:30 p.m.,** in Courtroom A-826.

The parties' obligations prior to the pretrial conference will be set forth by order entered closer to the trial date.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] There is some possibility that an affiliate of the defendant may be added as a party. In that event, the new party might make a jury demand.